AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

*FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON*

**Jan 12, 2026**

*SEAN F. McAVOY, CLERK*

| | |
|---|---|
| ANGLEAHA B. <br> *Plaintiff* <br> v. <br><br> FRANK BISIGNANO, Commissioner of Social Security <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 1:25-CV-03116-JAG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties Stipulated Motion to Remand, ECF No. 11, is GRANTED. Based on the stipulation of the parties, the above-captioned case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge JAMES A. GOEKE

Date: 1/12/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*